## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

M.P.L.,

       *Petitioner*,

       v.

PAUL ARTETA, in his official capacity
as Sheriff of Orange County, New York
and Warden of the Orange County
Correctional Facility, *et al.,*

       *Respondents.*

Civil Action No. 25-5307

## [PROPOSED] ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

Upon consideration of Petitioner's Motion for Leave to Proceed Under Pseudonym and for good

cause shown, the motion is GRANTED. It is hereby ORDERED that Petitioner is given leave to

proceed under the pseudonym M.P.L.

It is so **ORDERED.**

Entered on June 26, 2025 at 2:20 p.m.

The Clerk of Court is respectfully
directed to terminate the pending
motion at Doc. 2.

*Vernon Broderick*

Vernon S. Broderick
United States District Judge