

U.S. Department of Justice

*United States Attorney for the*
*Southern District of New York*

*86 Chambers Street, Third Floor*
*New York, New York 10007*

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.**   07/02/2025

**VIA ECF**
Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *M.P.L. v. Arteta, et al.*, No. 25 Civ. 5307 (VSB)

Dear Judge Broderick:

    This Office represents respondents (the "Government") in the above-referenced habeas corpus action. I write, jointly with petitioner's counsel, to respectfully request that the Court enter the following proposed schedule for briefing on the habeas petition:

- August 1, 2025: Deadline for Government's response to petition; and
- August 8, 2025: Deadline for Petitioner's reply.

    We thank the Court for its consideration of this letter.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York
    *Attorney for Respondents*

By:   */s/ Jessica F. Rosenbaum*
    JESSICA F. ROSENBAUM
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Telephone: (212) 637-2777
    E-mail: jessica.rosenbaum@usdoj.gov

cc: Petitioner's counsel of record (via ECF)