UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
       :
M.P.L.,       :
       :
                    Petitioner,  :
       :       25-CV-5307 (VSB)
         -against-     :
       :       **ORDER OF REFERENCE**
PAUL ARTETA, *et al.*,  :
       :
                    Respondents.  :
       :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      The above-entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| ____ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute: | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| ____ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | __X__ | Habeas Corpus |
| ____ | Settlement | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

SO ORDERED.
Dated:    July 2, 2025
           New York, New York

                                           Vernon S. Broderick
                                           United States District Judge